IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00804-LTB-BNB

CELLPORT SYSTEMS, INC.,

Plaintiff,

v.

RAYTEL, LLC, a Nevada corporation, and
FUNKWERK DABENDORF, GmbH, a German corporation,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order** (the "Motion"), filed on August 15, 2005.

IT IS ORDERED that the Motion is GRANTED and the deadline for joinder of parties and amendment of pleadings is now on or before **September 29, 2005**.

DATED:  August 22, 2005.