**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00804-LTB-BNB

CELLPORT SYSTEMS, INC.,
        Plaintiff,

v.

RAYTEL, LLC, a Nevada limited liability company, and
RUNKWERK DABENDORF, GmbH, a German corporation,
        Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendants Raytel LLC's and Funkwerk Dabendorf GMBH's Unopposed Motion to Amend Case Caption (Doc 17 - filed September 23, 2005) is **GRANTED**.

Dated:  September 27, 2005

---