IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00804-LTB-BNB

CELLPORT SYSTEMS, INC.,

Plaintiff,

v.

RAYTEL, LLC, a Nevada limited liability company, and
FUNKWERK DABENDORF, GmbH, a German corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Second Unopposed Motion to Modify Scheduling Order** (the "Motion"), filed on September 29, 2005.

      IT IS ORDERED that the Motion is GRANTED and the deadline for joinder of parties and amendment of pleadings is now on or before **October 13, 2005**.

DATED:  October 12, 2005.