IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00804-LTB-BNB

CELLPORT SYSTEMS, INC.,

Plaintiff,

v.

RAYTEL, LLC, a Nevada limited liability company, and
FUNKWERK DABENDORF, GmbH, a German corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Joint Motion for Modification of Case Management Schedule** (the "Motion"), filed on November 23, 2005.

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

    Expert Witness Disclosures:
         The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 6, 2006**;

         The defendants shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 6, 2006**;

         The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 15, 2006**;

    Discovery Cut-off:          **March 31, 2006**;
    Dispositive Motion Deadline:          **April 28, 2006**.

DATED:  December 1, 2005.