IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00804-LTB-BNB

CELLPORT SYSTEMS, INC.,

Plaintiff,

v.

RAYTEL, LLC, a Nevada limited liability company, and
FUNKWERK DABENDORF, GmbH, a German corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Cellport's Amended Motion to Compel Discovery** [Doc. # 30, filed 12/16/05] (the "Motion to Compel");

(2) **Cellport's Motion to Extend Expert Disclosure Deadline** [Doc. # 32, filed 12/19/05] (the "Motion to Extend: Experts"); and

(3) **Cellport's Motion for Extension of Time to Respond to Defendants' Requests for Admission and Second Requests for Production of Documents** [Doc. # 36, filed 1/4/06] (the "Motion to Extend: Discovery").

I held a hearing on the motions this morning, at which time I was informed that the parties have resolved the issued raised in them. In summary, in accordance with the parties' agreements, and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is DENIED as withdrawn.

IT IS FURTHER ORDERED that the Motion to Extend: Experts is GRANTED, and the case schedule is modified to the following extent:

**Discovery Cut-Off:**          **May 2, 2006**

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**          **June 5, 2006**

**Expert Disclosures:**

**(a)** The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 6, 2006**

**(b)** The defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 6, 2006**

**(b)** The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 20, 2006**

**Final Pretrial Conference:**   The final pretrial conference set for **May 15, 2006, at 8:30 a.m.**, is VACATED and RESET to **June 15, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **June 8, 2006**.

IT IS FURTHER ORDERED that the Motion to Extend: Discovery is GRANTED, and the plaintiff's responses to the defendants' requests for admissions are deemed timely made.

Dated February 3, 2006.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge