IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-00804-LTB-BNB

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

RAYTEL, LLC, a Nevada corporation; and
FUNKWERK DABENDORF GmbH, a German corporation,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation and Joint Motion for Dismissal of Claims With Prejudice (Doc 57 - filed May 16, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: May 17, 2006